No. 90–8368.  HAYDEN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–8369.  JOHNSON v. MCKINNA, SUPERINTENDENT, FREMONT CORRECTIONAL FACILITY, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–8371.  COX v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–8372.  SMITH v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–8373.  MACKLIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–8375.  GILSTRAP v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–8376.  RODRIGUEZ v. HOKE, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY.  Ct. App. N. Y.  Certiorari denied.

No. 90–8377.  PERRY v. SESSIONS, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION.  C. A. 9th Cir.  Certiorari denied.

No. 90–8378.  GREEN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–8379.  DIXON v. WHITLEY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 90–8380.  PHILLIPS v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 90–8381.  BOEHM v. BIRRANE.  Ct. Sp. App. Md.  Certiorari denied.

No. 90–8382.  HEDRICK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–8383.  DEMOS v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 90–8384.  ANDERSON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.